## 55368. SCOTT v. THE STATE.

DEEN, Presiding Judge.

Appellant has filed a pro se out of time appeal from his conviction for burglary and sentence of twelve years.

In the court below, he filed an affidavit of poverty and a motion for appointment of counsel on appeal. This motion has never been ruled upon by the trial court.

Accordingly, this case is remanded to the trial court for a ruling on appellant's motion.

*Remanded with direction. Smith and Banke, JJ., concur.*

ARGUED FEBRUARY 2, 1978 — DECIDED MARCH 9, 1978.

Tony W. Scott, *pro se.*
*J. Lane Johnston, District Attorney,* for appellee.
*James C. Bonner, Jr.,* amicus curiae.